

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18cr10250 |
| ) | |
| BRANDON JAMES ZIOBROWSKI, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO SEAL
INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
B. Stephanie Siegmann
Brian Perez-Daple
Assistant U.S. Attorney

Date: August 7, 2018

August 7, 2018

Allowed

David H. Hennessy
USMJ