IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. BRANDON JAMES ZIOBROWSKI, Defendant. | **Criminal No.** 18-10250-DJC |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested this morning, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *B. Stephanie Siegmann*
B. Stephanie Siegmann
Brian Perez-Daple
Assistant U.S. Attorneys

Date: August 9, 2018