AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18cr1025□ |
| BRANDON JAMES ZIOBROWSKI | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRANDON JAMES ZIOBROWSKI**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Use of Interstate and Foreign Commerce to Transmit a Threat to Injure Another Person

Date: 08/07/2018

_____
*Issuing officer's signature*

City and state: Boston, Massachusetts

David H. Hennessy, USMJ
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | | |
| Date: _____ | WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/9/2018 | _____ *Arresting officer's signature* _____ *Printed name and title* |