UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 18-10250-DJC |
| BRANDON JAMES ZIOBROWSKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE ARRAIGNMENT

The United States, through its undersigned attorneys, and the defendant Brandon James Ziobrowski, through his attorney, Derege Demissie, hereby move to continue the arraignment from August 15, 2018 until September 6, 2018 (if the court is available). As grounds for this motion, the parties state the following:

1) Attorney Demissie was retained to represent the defendant and filed his notice of appearance earlier this morning. Attorney Demissie has a pre-scheduled vacation with his family on the date the arraignment is scheduled. When Attorney Demissie returns from vacation, the Court is unavailable as is one of the prosecutors.

2) The defendant expressly agrees to have the time excluded, and the parties jointly move that the Court exclude the period from August 13, 2018, the date of this motion, until the date of the re-scheduled arraignment on September 6, 2018 (or if the Court is unavailable on September 6, any date thereafter) from the time within which trial must commence pursuant to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(H)(7)(A).

1

3) The parties agree that the conditions of pre-trial release entered by U.S. Magistrate Judge James Orenstein in the Eastern District of New York shall remain in effect, including electronic monitoring until his passport is surrendered, $50,000 bond, and computer/social media restrictions and monitoring.

Respectfully Submitted,

| | |
|---|---|
| ANDREW E. LELLING<br>United States Attorney | BRANDON JAMES ZIOBROWSKI,<br>Defendant |
| /s/ *B. Stephanie Siegmann*<br>B. Stephanie Siegmann<br>Brian Perez-Daple<br>Assistant U.S. Attorneys | /s/ *Derege B. Demissie*<br>Derege Demissie, Esq.<br>Counsel for defendant Ziobrowski |