UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Crim. No. 18-10250-DJC |
| BRANDON JAMES ZIOBROWSKI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Joint Motion to Exclude Time Under the Speedy Trial Act**

Consistent with the Court's order of September 5, 2019, *see* Dkt. 59, the United States of America and the defendant jointly move the Court to exclude the time period from September 23, 2019, through and including December 2, 2019, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) on the ground that the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial. The parties further ask the Court to issue the attached proposed *Order of Excludable Delay*. In support, the parties state as follows:

1. Through a series of assented-to motions, all time from arraignment through September 23, 2019, the original trial date, has been excluded from the Speedy Trial clock. *See* Dkts. 18, 19, 28, 33, 38, 39, 55.

2. On September 4, 2019, the defendant filed a motion to continue the trial in order to give the defense time to prepare for trial. *See* Dkt. 58.

3. On September 5, 2019, the Court granted the defendant's motion, rescheduling trial for December 2, 2019. *See* Dkt. 59.

4. The attached *Order of Excludable Delay* is necessary to ensure that the defendant has sufficient time to file pretrial motions and prepare for trial. The parties agree that this period

constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and thus the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

A proposed order is attached.

                                    Respectfully submitted,

| | |
|---|---|
| BRANDON ZIOBROWSKI | ANDREW E. LELLING |
| By his attorney: | United States Attorney |
| | |
| */s/ Derege B. Demissie* | By:   */s/ Brian A. Pérez-Daple* |
| Derege B. Demissie | B. Stephanie Siegmann |
| DEMISSIE & CHURCH | Brian A. Pérez-Daple |
| 929 Massachusetts Ave., Suite 101 | Assistant U.S. Attorneys |
| Cambridge, MA 02139 | |

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 5, 2019                          */s/ Brian A. Pérez-Daple*
                                                                                   Assistant United States Attorney

**Local Rule 7.1 Certification**

I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues presented in this motion.

Dated: September 5, 2019                          */s/ Brian A. Pérez-Daple*
                                                                                   Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>BRANDON JAMES ZIOBROWSKI, )<br>)<br>    Defendant. )<br>) | Crim. No. 18-10250-DJC |

**Order of Excludable Delay**

Upon consideration of the parties' joint motion seeking an order of excludable delay, and in light of the continuance requested by the defendant and the reasons for it, the Court finds:

1. Exclusion of time from the initial trial date, September 23, 2019, through and including the new trial date, December 2, 2019, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §§ 3161(h)(7)(B)(iv). Specifically, this exclusion of time allows the defendant to file pretrial motions and prepare for trial.

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial.

Accordingly, the Court grants the parties' joint motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from September 23, 2019, through and including December 2, 2019, is excluded from the speedy trial clock.

_____
HON. DENISE J. CASPER
U.S. DISTRICT JUDGE