UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> BRANDON JAMES ZIOBROWSKI, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Crim. No. 18-10250-DJC </br> ) </br> ) </br> ) </br> ) |

**Order of Excludable Delay**

Upon consideration of the parties' joint motion seeking an order of excludable delay, and in light of the continuance requested by the defendant and the reasons for it, the Court finds:

1. Exclusion of time from the initial trial date, September 23, 2019, through and including the new trial date, December 2, 2019, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §§ 3161(h)(7)(B)(iv). Specifically, this exclusion of time allows the defendant to file pretrial motions and prepare for trial.

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial.

Accordingly, the Court grants the parties' joint motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from September 23, 2019, through and including December 2, 2019, is excluded from the speedy trial clock.

September 6, 2019

HON. DENISE J. CASPER
U.S. DISTRICT JUDGE

1