UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                              )<br>                                                 )   Case No. 18-cr-10250-DJC<br>BRANDON JAMES ZIOBROWSKI,  )<br>                                                 )<br>Defendant.                              )   | |

## GOVERNMENT'S AMENDED WITNESS LIST

The government may call the following witnesses to testify at the trial in this matter. The government reserves the right to modify or supplement this list as may be required by further review of evidence, witness review, defense submissions and/or events at trial.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     */s/ Jason A. Casey*
        JASON A. CASEY
        B. STEPHANIE SIEGMANN
        Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jason A. Casey*
Jason A. Casey
Assistant U.S. Attorney

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.  )<br><br>BRANDON JAMES ZIOBROWSKI, )<br><br>Defendant. ) | Case No. 18-cr-10250-DJC |

**GOVERNMENT'S WITNESS LIST**

| No. | Name | Affiliation | Location |
|---|---|---|---|
| 1 | Victor Colon | Civilian | Linthicum Heights, MD |
| 2 | Holly Shorrock | Civilian | Silver Spring, MD |
| 3 | Mark Bachta | Civilian | Boston, MA |
| 4 | Daniel McNeill | Detective, Cambridge Police Dept. | Cambridge, MA |
| 5 | Thomas Curtis | Electronics Engineer, Federal Bureau of Investigation | Washington, D.C. |
| 6 | Samantha Abbott | Forensic Examiner, Federal Bureau of Investigation | Boston, MA |
| 7 | Alyssa Dietrich | Support Operations Specialist, Federal Bureau of Investigation | Boston, MA |
| 8 | Steven Kimball | Special Agent, Federal Bureau of Investigation | Boston, MA |
| 9 | Gregory Comcowitch | Special Agent, Federal Bureau of Investigation | Boston, MA |
| 10 | Emily Grenier | Special Agent, U.S. Dept. of Homeland Security, Homeland Security Investigations | Austin, TX |
| 11 | John Coleman | Special Agent, U.S. Dept. of Homeland Security, Homeland Security Investigations | Boston, MA |