UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>BRANDON ZIOBROWSKI   )<br>) | Criminal No: 18-cr-10250-DJC |

**<u>DEFENDANT'S PROPOSED PRELIMINARY INSTRUCTION ON THE ELEMENT OF THE CHARGED OFFENSE</u>**

    Now comes the Defendant, Brandon Ziobrowski, in the above-captioned matter and respectfully requests the Court to give the following instruction in its preliminary jury instruction.

To convict the defendant, the government will need to prove each of he following elements:

(1) The defendant transmitted a communication in interstate or foreign commerce;
(2) He intended to transmit this communication;
(3) The communication contained a true threat to injure a person; and
(4) The defendant intended that the communication be interpreted as a threat, or knew that it would be viewed as a threat.

A threatening statement must amount to a "true threat" rather than mere political hyperbole or idle chatter. *Watts v. United States*, 394 U.S. 705, 708 (1969) (this instruction is included in

A true threat is "a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals. *Virginia v. Black*, 538 U.S. 343, 359-60 (2003).

    Respectfully submitted,

*/s/ Derege B. Demissie*
_____
Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
(617) 354-3944
BBO# 637544

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2019.

                                    /s/ *Derege B. Demissie*
                                    DEREGE B. DEMISSIE