UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>v.  )  Criminal Action No. 18-10250-DJC<br>  )<br>BRANDON JAMES ZIOBROWSKI,  )<br>  )<br>Defendant.  )  | |

## JURY VERDICT FORM

*WE, THE JURY, FIND THE DEFENDANT:*

**COUNT ONE:**  (USE OF INTERSTATE AND FOREIGN COMMERCE TO TRANSMIT A THREAT TO INJURE THE PERSON OF ANOTHER)

_X_ NOT GUILTY          ____ GUILTY


12/6/19                                                    Kayla Knight
DATE                                                    FOREPERSON'S SIGNATURE