AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

BRANDON JAMES ZIOBROWSKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 18-10250-DJC

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Denise J. Casper                USDJ
Name of Judge                  Title of Judge

12/9/2019
Date